# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Sally Williamson & Associates, Inc., | ) | CASE NO. 19-54623-pmb |
| | ) | |
| Debtor. | ) | |

## NOTICE OF FILING SMALL BUSINESS DOCUMENTS

COMES NOW, Sally Williamson & Associates, Inc. ("Debtor"), debtor and debtor in possession in the above-captioned case, by and through undersigned counsel, and hereby files the following: (a) Statement of Operations attached hereto and incorporated by reference as Exhibit "A"; (b) Debtor's Declaration Concerning Balance Sheet as Exhibit "B"; and (c) Debtor's Declaration Concerning Cash Flow Statement as Exhibit "C".

Respectfully submitted this 1st day of April, 2019.

                                                                        /s/
                                         Will B. Geer.
                                         Georgia Bar No. 940493
                                         Attorney for Debtor
                                         Wiggam & Geer, LLC
                                         50 Hurt Plaza, SE, Suite 1245
                                         Atlanta, GA 30328
                                         Phone: 404-233-9800
                                         Fax: 404-287-2767
                                         wgeer@wiggamgeer.com

Exhibit "A"

The Debtor is a Georgia-based company that provides consulting services to businesses of various sizes that focuses on coaching executives to provide better communication strategies that will influence the entire organization.

Exhibit "B" Follows

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Sally Williamson & Associates, Inc., | ) | CASE NO. 19-54623-pmb |
| | ) | |
| Debtor. | ) | |

**Declaration of Debtor Regarding Balance Sheet**

I, Mark Williamson, hereby declare under penalty of perjury:

1. I am the CFO of Sally Williamson & Associates, Inc. (the "Debtor"). I am over the age of eighteen and am competent to make this Declaration. All information set forth in this Declaration is based upon my personal knowledge, information, and belief.
2. Debtor does not keep an up-to-date balance sheet in its records.
3. I make this Declaration to show compliance with 11 U.S.C. §1116(1).

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated April 1, 2019

By: /s/ Mark Williamson
Mark Williamson
CFO of Sally Williamson & Associates, Inc.

Exhibit "C"

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Sally Williamson & Associates, Inc., | ) | CASE NO. 19-54623-pmb |
| | ) | |
| Debtor. | ) | |

### Declaration of Debtor Regarding Cash Flow Statements

I, Mark Williamson, hereby declare under penalty of perjury:

1. I am the CFO of Sally Williamson & Associates, Inc. (the "Debtor"). I am over the age of eighteen and am competent to make this Declaration. All information set forth in this Declaration is based upon my personal knowledge, information, and belief.
2. Debtor does not maintain cash flow statements.
3. I make this Declaration to show compliance with 11 U.S.C. §1116(1).

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated April 1, 2019

By: /s/ Mark Williamson
Mark Williamson
CFO of Sally Williamson & Associates, Inc.

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have caused the foregoing to be filed with the Court's CM/ECF, which will provide electronic notice to the following recipients:

>Office of the U.S. Trustee
>75 Ted Turner Drive, SW
>Room 362
>Atlanta, Georgia 30303

This 1st day of April, 2019.

                                                  Wiggam & Geer, LLC
                            By:       */s/*
                                                  Will B. Geer
                                                  Georgia Bar Number: 940493
                                                  Attorney for Debtor

50 Hurt Plaza, SE, Suite 1245
Atlanta, GA 30303
wgeer@wiggamgeer.com